**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LISSA MEL,**<br>    a/k/a "Monica Sanders,"<br><br>**Defendant** | **CRIMINAL NO. TDC-18-571** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SHIRA UZAN,**<br>    a/k/a "Shira Baror" and "Emily Laski,"<br><br>**Defendant** | **CRIMINAL NO. TDC-18-608** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LIORA WELLES,**<br>    a/k/a "Lindsay Cole," "Lindsay Wells,"<br>    and "Lindsay Taylor,"<br><br>**Defendant** | **CRIMINAL NO. TDC-18-613** |

**THE GOVERNMENT'S MOTION TO AUTHORIZE
<u>ALTERNATIVE VICTIM NOTIFICATION PROCEDURES</u>**

Pursuant to 18 U.S.C. § 3771(d)(2), the United States of America respectfully moves for authorization to use alternative victim notification procedures—namely, publication on a Department of Justice website—because there are a large number of potential crime victims in

these related cases, making it impracticable to notify them on an individualized basis. In support of its motion, the Government states the following:

1.  The Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, provides crime victims with certain rights, including the right to "reasonable, accurate, and timely notice" of public court proceedings. 18 U.S.C. § 3771(a). A "crime victim" is defined as "a person directly or proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. § 3771(e). In a case involving "multiple crime victims" where the court "finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in [18 U.S.C. § 3771](a), the Court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings." 18 U.S.C. § 3771(d)(2).

2.  The Government respectfully submits that this case involves "multiple crime victims" under 18 U.S.C. § 3771(d)(2) because of the number of potential crime victims. As alleged in the three Criminal Informations and admitted in two plea agreements (in the case of Defendants Welles and Uzan), the Defendants participated in a conspiracy to defraud investors in financial instruments known as "binary options" through the use of communications by email and by phone to individuals in the United States, including in the District of Maryland, and elsewhere throughout the world.

3.  The Government believes that the alleged conspiracy may have affected thousands of individuals. Given the number of potential crime victims, this case involves "multiple crime victims" under 18 U.S.C. § 3771(d)(2), which makes it impracticable for the Government to, among other things, identify and provide individualized notice to each potential crime victim pursuant to 18 U.S.C. § 3771(a).

4. As an alternative procedure to notify potential crime victims in these cases, the Government proposes that it utilize a public Department of Justice website that was created—and approved by this Court—to notify victims in the related proceeding pending before this Court involving Lee Elbaz, an alleged co-conspirator. *See* Order Governing Potential Victim Notification, *United States v. Lee Elbaz a/k/a Lena Green*, 18-CR-157, Dkt. No. 89. The internet address would remain https://www.justice.gov/criminal-vns/case/lee-elbaz, and the website would include a summary of the above-captioned related cases, information regarding the cases' status, and other significant case-related documents, such as the charging documents. The website contains an e-mail address and telephone number for a Victim Assistance Line through which individual potential crime victims could contact the Department of Justice with questions regarding the cases.

5. The Government requested the Defendants' consent to this motion by email on December 27, 2018. Counsel for Defendant Uzan indicated that she has no objection. To date, counsel for the other Defendants have not apprised the Government of their position.

WHEREFORE, the Government respectfully requests that, under 18 U.S.C. § 3771(d)(2), the Court authorize the Government to use a website as a reasonable alternative procedure for notifying potential crime victims in these cases.

Respectfully submitted,

Sandra Moser
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:          /s/
Ankush Khardori
Trial Attorney

Tracee Plowell
Assistant Chief

Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20530
Phone: 202-514-0033
ankush.khardori@usdoj.gov
tracee.plowell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide copies to counsel for the Defendants.

                                          /s/
                                     Ankush Khardori
                                     Trial Attorney
                                      Fraud Section, Criminal Division
                                     United States Department of Justice