UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CASE NO. TDC18-00608 |
| SHIRA UZAN | * | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

The Defendant, by and through her attorney, Robert C. Bonsib, Esq., respectfully requests this Honorable Court to continue the sentencing in the above captioned matter and, as reasons therefore, states as follows:

1. The above captioned matter is presently set for sentencing on September 20, 2019 at 2:00 p.m.

2. The Defendant is in the process of preparing a sentencing memorandum to support her sentencing requests to the Court. This sentencing memorandum includes the collection of various interviews of individuals, some of whom reside in Israel. Other information which undersigned counsel believes will be pertinent and useful at the sentencing hearing is still in the process of being collected.

3. The Court requires that sentencing memorandum be submitted to the Court 14 days prior to the sentencing hearing which would be September 6, 2019.

4. Undersigned counsel has a prepaid family vacation and will be out of state for the period of August 31, 2019 through September 13, 2019. As a result, it would be very difficult for undersigned counsel to be in a position to effectively review and finalize the Sentencing Memorandum in this matter.

5. Undersigned counsel is requesting that this Honorable Court set a new sentencing date approximately 30 days from the current sentencing date. Undersigned counsel, at the request of the

Defendant, should the Court grant the continuance, is also requesting that the new sentencing date be set at a time that does not interfere with a number of Jewish holidays which occur in the late September/early October timeframe (September 30-October 1; October 8-9; October 14-16 and October 21-22, 2019.   A Sentencing date after October 22, 2019 would not interfere with those holidays.

6.   Department of Justice Attorney Henry VanDyck has authorized undersigned counsel to represent the government has no objection to this request.

WHEREFORE it is respectfully requested that this Honorable Court grant the relief prayed.

Respectfully submitted,
MARCUSBONSIB, LLC

*/s/ Robert C. Bonsib*

ROBERT C. BONSIB, ESQ.
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland  20770
robertbonsib@marcusbonsib.com
(30l) 44l-3000
Trial Bar No. 00324

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent was via ECF, this 4th day of September, 2019 to: Department of Justice Attorney Henry VanDyck.

*/s/ Robert C. Bonsib*

ROBERT C. BONSIB