UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| VS.                      * | CASE NO. TDC 18-00608 |
| SHIRA UZAN               * | |

### ORDER

Upon consideration of the Consent Motion to Authorize Travel and Temporarily Modify Conditions of Release it is this _10_ day of December, 2019;

ORDERED that the motion is granted and the Defendant is authorized to travel from her residence in Oakland, California to the Los Angeles, California area, with an itinerary pre-approved by the Pre-Trial Services Office;

IT IS FURTHER ORDERED that the Defendant is authorized to travel on December 11, 2019 from Oakland, California to the Los Angeles area and is to return to her residence by December 15, 2019;

IT IS FURTHER ORDERED that during the period of her travel location monitoring will be suspended or monitored as determined by the PTSO and the Defendant will be required to report to PTSO during the period of her travel as directed by PTSO and comply with any other conditions imposed by PTSO during the period of her travel;

IT IS FURTHER ORDERED that all other conditions of release shall remain the same.

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND